IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE ESTATE OF DARRELL DUANE LEFTHAND, through Darrelyn Lefthand, as Personal Representative,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN TENKE,<br><br>Defendant. | CV 21-114-BLG-SPW<br><br>ORDER |

IT IS HEREBY ORDERED that this matter is re-assigned to United States District Judge Susan P. Watters.

The Clerk of Court shall immediately notify the parties of the entry of this Order.

DATED this 16th day of June, 2022.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge