# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| THE ESTATE OF DARRELL DUANE LEFTHAND through DARRELYN LEFTHAND as Personal Representative,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN TENKE,<br><br>Defendant. | CV 21-114-BLG-SPW<br><br><br>ORDER |

Upon Stipulation for Dismissal with Prejudice (Doc. 58) between the parties hereto, by and between their counsel of record,

**IT IS HEREBY ORDERED** that the above-entitled cause is **DISMISSED WITH PREJUDICE** as fully settled upon its merits, with each party to bear their own costs and attorney's fees.

**IT IS FURTHER ORDERED** that the final pretrial conference set for Wednesday, May 17, 2023 at 2:30 p.m. and the Trial set for Monday, May 30, 2023 at 9:00 a.m. are **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this

Order.

DATED this _____ day of May, 2023.

SUSAN P. WATTERS
U. S. DISTRICT JUDGE

2